## PEOPLE v. McFADDEN.[*]

### L. A. No. 1452; August 17, 1904.

#### 77 Pac. 999.

**Summons—Order for Publication.—It cannot, on Appeal, be said** that the court erred in construing its order for publication of summons in the "San Diego Union" as referring to the "San Diego Union and Daily Bee," in which it was published.

**Summons—Time for Publication.—The Requirement in an order** for publication of summons that it be published for two months must yield to Political Code, section 3549, making four weeks' publication sufficient; so that it is enough that it was published four weeks.

APPEAL from Superior Court, San Diego County; E. S. Torrance, Judge.

Action by the people against Sarah J. McFadden. From the judgment defendant appeals. Affirmed.

F. D. Brandon and Edwin A. Wells for appellant; U. S. Webb, attorney general, Geo. A. Sturtevant, deputy attorney general, and Cassius Carter, district attorney, for the people.

PER CURIAM.—In this case, which is otherwise similar to the case of People v. Norris, L. A. No. 1336 (just decided), 144 Cal. 422, 77 Pac. 998, the order of the court directed publication "in the San Diego Union," and the

----

*Rehearing denied September 16, 1904.

actual publication was in the "San Diego Union and Daily Bee," and the order of publication ordered that publication be made for two months, and publication was made for five weeks only. We cannot say that the court was not justified in construing its order as referring to the paper in which it was published, and the requirement of the order as to time of publication must yield to the provisions of section 3549 of the Political Code, under which four weeks' publication is sufficient.

On the authority of the decision cited, and for the reasons here given, the judgment is affirmed.